BRUSEL PARRISH v. STATE.
155 So. 756.
Division B.
Opinion Filed June 21, 1934.

*B. L. Solomon* and *Clyde E. Mayhall,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant for the State.

PER CURIAM. — Plaintiff in error was indicted, being charged with the offense of murder in the first degree. He was convicted of murder in the second degree. His defense was on the theory that in perpetrating the homicide he acted in lawful self-defense.

· The testimony was conflicting, but was sufficient to constitute the basis for the verdict rendered. We find no reversible error disclosed by the record.

The judgment is affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.